12757. HOBBS v. PHILLIPS.

LUKE, J. Upon a consideration of the petition for certiorari and the answer of the trial magistrate, this court finds no error in the judgment of the judge of the superior court overruling the certiorari.

    Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.

       DECIDED DECEMBER 15, 1921.

Certiorari; from Jefferson superior court — Judge Hardeman. July 13, 1921.

J. C. Newsome, for plaintiff in error. M. C. Barwick, contra.